# United States District Court

## DISTRICT OF COLORADO

**UNITED STATES OF AMERICA**

v.

EDGAR ROBLES
a/k/a Edgar Vazquez
a/k/a Edgar Rosendo
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-mj-1272

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____May 15, 2006____, in ____Adams____ County, in the District of ____Colorado____ defendant(s) did, travel in interstate or foreign commerce with intent to avoid prosecution, under the laws of the place from which he flees, for a crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place from which he fled, in violation of Title __18__ United States Code, Section(s) ____1073____. I further state that I am a(n) __Special Agent - FBI__
Official Title

and that this complaint is based on the following facts:

See Affidavit attached hereto and herein incorporated by reference

Continued on the attached sheet and made a part hereof: [X] Yes [ ] No

_____
Signature of Complainant
Kyle Muxworthy, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

12/29/06  8:55 AM                    at    Denver, Colorado
Date                                       City and State

Craig B. Shaffer, United States Magistrate Judge
Name and Title of Judicial Officer           Signature of Judicial Officer

## AFFIDAVIT

I, Special Agent Kyle J. Muxworthy, being duly sworn, depose and state the following:

1. Your affiant is a Special Agent for the Federal Bureau of Investigation, assigned to the Denver Field Office, Rocky Mountain Safe Streets Task Force, in Denver, Colorado. Your Affiant has been a Special Agent with the Federal Bureau of Investigation for approximately eight years. Your Affiant is assigned to the Violent Crimes Squad and has as his duty the investigation of crimes involving Unlawful Flight to Avoid Prosecution (UFAP), Title 18, United States Code, Section 1073.

2. Specifically, your affiant is involved in an investigation of Edgar Robles, hereafter referred to as ROBLES, born in 1986. ROBLES is currently a fugitive from justice concerning state charges pending in Adams County, Colorado. Your affiant has reviewed the facts of Adams County Sheriff's Department case number 2003CR003476 and discussed the details of this case with the Adams County Sheriff's Office Detective currently assigned to the case. The supporting facts of the case involving ROBLES are listed below:

3. On November 13, 2003, ROBLES participated in kidnapping and an attempted rape of a young female. The female was physically assaulted and escaped before the sexual assault was accomplished. On the following night, November 14, 2003, ROBLES encouraged and aided an accomplice, his cousin, Miguel Robles-Martinez, to assault and rape a different young female. Both the November 13, 2003 incident and the November 14, 2003 incident occurred in a white Chevrolet Tahoe. On November 20, 2003, Adams County Sheriffs consensually searched a white Chevrolet Tahoe driven by ROBLES. Evidence of the assaults was seized from the vehicle. The vehicle was subsequently released to ROBLES' father, Jose Robles, Sr.

4. The Adams County District Attorney's Office charged ROBLES with violations of Colorado Revised Statutes (C.R.S.) 18-3-402 (Sexual Assault), C.R.S. 18-3-302 (Second Degree Kidnapping) and C.R.S. 18-2-101, C.R.S. 18-3-402 (Criminal Attempt to commit Sexual Assault).

5. ROBLES was arrested in November of 2004 on the Adams County warrant referred to above. He was released on bond in the amount of $20,000. He failed to appear to a June, 2005 hearing and Failure to Appear (FTA) warrant was issued in the amount of $40,000. He self surrendered to authorities, with his cousin, Miguel Robles-Martinez, who was also wanted on an FTA warrant, and was again allowed to bond out. ROBLES failed to appear for his May 15, 2006 trial date and a new FTA warrant was issued in the amount of $350,000, cash only. Adams County Sheriffs have been unable to locate ROBLES.

6. During the search of the white Chevrolet Tahoe, certain photographs were seized. These photographs show persons who, based on physical resemblance, appear to be family members of ROBLES and Miguel Robles-Martinez. An Adams County Sheriff deputy, who is originally for Zacatecas, Mexico, looked at those photographs and believes that they were taken in a Mexican town, possibly in the city of Fresnel, located in the state of Zacatecas, Mexico. In addition, a confidential source has told your affiant that ROBLES was recently arrested in Mexico and held with his cousin, Miguel Robles-Martinez, in relation to a murder that occurred approximately one month ago in Guadalajara, Mexico. The source stated that the murder involved two families that have had a long standing feud. The source is familiar with the individuals associated with both families. The source indicated that family members of the murder victim and the victim family's attorney, while in Mexico, were alerted to photographs

from wanted posters of ROBLES and Miguel Robles-Martinez. These wanted posters are posted on the internet at www.rewards4fugitives.com. This website is used by bail bondsmen to post information about wanted fugitives. Your Affiant has viewed the referenced photographs on this website and confirms that the photographs are of ROBLES and Robles-Martinez. Upon viewing the photographs and also seeing the subjects in custody in the Mexican jail, the victim family determined that the individuals in custody in Mexico were ROBLES and his cousin, Miguel Robles-Martinez. According to the source, the victim's family members and the family's attorney also noted that the Mexican authorities had impounded a white Chevrolet Tahoe, driven by ROBLES. The source indicated that ROBLES was bonded out of the prison by his father. However, his cousin, Miguel Robles-Martinez, remains in custody. The jail is located in the town of Colatclan, city of Jalisco, Guadalajara, Mexico. The Adams County Sheriff's Office, through the Attorney's General Foreign Prosecution Unit, has sent fingerprint cards to Mexico to fully identify the individual being held. Your Affiant has not yet received information that Mexican authorities have identified the individual in custody.

7. Based on the information stated above, your affiant believes that Edgar ROBLES has fled the state of Colorado for the purposes of Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073, and respectfully requests that an arrest warrant be issued for Edgar ROBLES.

-4-

I, Kyle Muxworthy, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

_____
KYLE J. MUXWORTHY
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 28th day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

-4-